**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

PHERAH LLC,

       Plaintiff,

v.

UNLEASHED SOFTWARE INC.,

       Defendant.

C. A. No. 1:17-cv-1679-RGA

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Pherah LLC ("Pherah") and Defendant Unleashed Software Inc. ("Unleashed"), subject to the approval of the Court, that Unleashed be granted a 30-day extension to January 17, 2018 to move, answer, or otherwise respond to the Complaint in this action.  The reason for this requested extension is to allow counsel for Defendant additional time to investigate the allegations set forth in Pherah's Complaint, consult with their client, and consider an appropriate response.  No party will be prejudiced by this brief extension.

Dated:  December 4, 2017

/s/ Stamatios Stamoulis
_____
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

Papool S. Chaudhari
(*Pro Hac Vice* application pending)
Chaudhari Law, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

**ATTORNEYS FOR PLAINTIFF
PHERAH LLC**

/s/ Jeremy D. Anderson
_____
Jeremy D. Anderson (#4515)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
(302) 778-8407
janderson@fr.com

**COUNSEL FOR DEFENDANT
UNLEASHED SOFTWARE INC.**

SO ORDERED this ___ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE